THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMMA BLOMBERG, Appellant.

*People* v. *Blomberg,* 151 App. Div. 942, affirmed.
(Argued October 8, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

June 28, 1912, which affirmed a judgment of the Court of Special Sessions in the city of New York convicting the defendant of the crime of charging an unlawful rate of interest on a loan of less than $200, in violation of section 314 of the Banking Law.

*Allen Caruthers* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* and *Louis Fabricant* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.